PROB 22
(Rev. 2/88)

**DOCKET NUMBER** *(Tran. Court)*
92-60032-01

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Rec. Court)*
CR08-460 DLJ

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Anthony Earl Mitchell | Western District of LA | Lafayette |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Richard T. Haik, Sr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/13/08 | TO 03/12/13 |

**OFFENSE**
Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)
Use of a Firearm in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)

FILED
JUL 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___WESTERN___ DISTRICT OF ___LOUISIANA___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of California___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_June 25, 2008_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___NORTHERN___ DISTRICT OF ___CALIFORNIA___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_7-9-08_
Effective Date

_[signature]_
United States District Judge