UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ANTHONY EARL MITCHELL,
    Defendant.

Case No. 08-cr-00460-PJH-1

**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT**

Doc. no. 50

Before the court is the application of defendant Anthony Earl Mitchell to proceed in forma pauperis ("IFP"), which the court construes as a motion to proceed IFP on appeal in light of the notice of appeal from the court's March 17, 2017 order dismissing defendant's § 2255 motion with prejudice. Doc. nos. 50, 51. Defendant submitted the IFP form for "Non-prisoner cases only," which does not comply with the requirement of 28 U.S.C. § 1915 that a prisoner seeking to bring an appeal without prepayment of fees must submit a certified copy of his trust fund account statement for the 6-month period immediately preceding the filing of the notice of appeal. Nevertheless, Rule 24(a)(3) of the Federal Rules of Appellate Procedure provides that defendant may proceed IFP on appeal without further authorization because he was determined to be financially unable to obtain an adequate defense in his criminal case when the court appointed counsel to represent him, unless the district court certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed IFP. As the court does not issue any such certification or finding, defendant may proceed IFP on appeal and the pending IFP application is denied as moot.

**IT IS SO ORDERED.**

Dated: May 18, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge